IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

PARNELL R. MAY                                                                          PLAINTIFF

v.                                    NO: 4:18CV00107 JLH

DOES, et al.                                                                              DEFENDANTS

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice.

DATED this 16th day of March, 2018.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE